IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


Jerry C. Mitchell,                                    :
                                                      :
            Plaintiff(s)                              :
                                                      :   Case Number: 1:01-cv-00681
      vs.                                             :
                                                      :   Senior District Judge S. Arthur Spiegel
Simon Leis, Hamilton County Sheriff,                  :
                                                      :
            Defendant(s)                              :


JUDGMENT IN A CIVIL CASE


        Decision by Court: This action came to trial or hearing before the Court. The issues have
been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court ADOPTS the Magistrate Judge's Report and Recommendation (doc. 7),
AFFIRMS the Magistrate Judge's recommended decision, and DENIES Petitioner's Petition for
Writ of Habeas Corpus with prejudice.  The Court further declines to issue a certificate of
appealability.  Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of
this Order would not be taken in good faith, and therefore DENIES Petitioner leave to appeal in
forma pauperis.


01/27/04                                        James Bonini, Clerk


                                                s/Kevin Moser_____
                                                Kevin Moser
                                                Deputy Clerk